PICKETT, Judge.
 

 For the reasons assigned in this court’s opinion in
 
 Redar, LLC v. Rush,
 
 09-1417, (La.App. 3 Cir. 11/17/10), 51 So.3d 859, the judgment of the trial court is affirmed in part, reversed in part, and rendered. The motion to strike is granted. The motion to remand is denied. Costs of this appeal are assessed against Norris and Patsy Rader, Redar, LLC, and the Redar Family Qualified Personal Residence Trust.
 

 MOTION TO STRIKE GRANTED.
 

 AFFIRMED IN PART, REVERSED IN PART, AND RENDERED.
 

 MOTION TO REMAND DENIED.
 

 AMY, J., concurs in the result.
 

 SAUNDERS, J., dissents for reasons stated in main opinion.